■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE WARD, Appellant, v RAUL RUSSI, as Commissioner of New York State Division of Parole, Respondent. [632 NYS2d 45] —Judgment unanimously affirmed without costs. Memorandum: Upon relator's conviction for a felony committed while under parole supervision, relator's parole was revoked by operation of law *(see,* Executive Law § 259-i [3] [d] [iii]; *People ex rel. Harris v Sullivan,* 74 NY2d 305, 308; *Matter of Thompson v New York State Div. of Parole,* 171 AD2d 909). A parole revocation hearing, therefore, was not required *(see, People ex rel. Harris v Sullivan, supra,* at 308, 310; *Matter of Pierre v Rodriguez,* 131 AD2d 763, 764). Further, although respondent did not issue the final declaration of delinquency "upon [relator's] reception at an institution under the jurisdiction of the department of correctional services" (9 NYCRR 8004.3 [h]), habeas corpus relief is not available because the delay in issuing the declaration did not entitle relator to immediate release from custody *(see, People ex rel. Douglas v Vincent,* 50 NY2d 901, 903; *People ex rel. Dell v Walker,* 186 AD2d 1043, *lv denied* 81 NY2d 702; *People ex rel. Roman v Higgins,* 186 AD2d 1044). (Appeal from Judgment of Supreme Court, Cayuga County, Corning, J.—Habeas Corpus.) Present—Green, J. P., Pine, Wesley, Callahan and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY SHORTZ, Appellant. [632 NYS2d 1006] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Niagara County Court, Fricano, J.—Felony Driving While Intoxicated.) Present—Green, J. P., Pine, Wesley, Callahan and Davis, JJ.